| | |
|---|---|
| 1 | Matt Olavi, Esq. (Bar No. 265945) |
| 2 | molavi@olavidunne.com |
|   | Brian J. Dunne, Esq. (Bar No. 275689) |
| 3 | bdunne@olavidunne.com |
| 4 | **OLAVI DUNNE LLP** |
|   | 800 Wilshire Blvd., Suite 320 |
| 5 | Los Angeles, California 90017 |
| 6 | Telephone: (213) 516-7900 |
|   | Facsimile: (213) 516-7910 |
| 7 | |
| 8 | *Attorneys for Plaintiff Eclipse IP LLC* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ECLIPSE IP LLC, a Florida Limited Liability Company, | ) ) ) | Case No. 2:13-cv-07154-SJO(JCx) |
| Plaintiff, | ) ) ) ) | **STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| v. | ) ) | |
| UBER TECHNOLOGIES, INC., a Delaware Corporation, | ) ) ) ) | |
| Defendant. | ) ) | |

04978.00002/5786800.1

**STIPULATION FOR DISMISSAL**

1 | **TO THE COURT AND TO ALL PARTIES OF RECORD:**

2 | **IT IS HEREBY STIPULATED,** by the plaintiff Eclipse IP LLC and defendant Uber Technologies, Inc., that this Court dismiss this Action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party is to bear its own fees and costs.

DATED:  March 3, 2014		OLAVI DUNNE LLP

				By:  _/s/ Matt Olavi_____

					Matt Olavi
					Brian J. Dunne
					*Attorneys for Plaintiff*
					*Eclipse IP LLC*

DATED:  March 3, 2014		QUINN EMANUEL URQUHART & SULLIVAN

				By:  _/s/ Joseph M. Paunovich_____

					Joseph M. Paunovich
					Michael Gray
					*Attorneys for Defendant*
					*Uber Technologies, Inc.*

04978.00002/5786800.1                                  1
**STIPULATION FOR DISMISSAL**

# PROOF OF SERVICE

I, Matt Olavi, declare:

I am a citizen of the United States, employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is: 800 Wilshire Blvd., Suite 320, Los Angeles, California 90017.

On March 3, 2014, I caused the following documents to be served:

**STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

[X]   BY MAIL: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service on that same day. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[X]   (FEDERAL) I declare that I am a member of the bar of this Court.

**Attorneys for Uber Technologies, Inc.**

Joseph M. Paunovich
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
E-mail: joepaunovich@quinnemanuel.com

I declare under the penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 3, 2014 at Los Angeles, California.

          */s/ Matt Olavi*
          Matt Olavi